# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON      :
SEPTEMBER 11, 2001           :      MDL 03-1570 (GBD)(SN)

This Document Relates To:     All Cases

## ~~[PROPOSED]~~ ORDER

Counsel for the *Havlish* Plaintiffs, having reached a private settlement

agreement with the law firms of Motley Rice LLC; Kreindler & Kreindler LLP;

Speiser Krause, PC; and Anderson Kill PC, on behalf of their firms and clients, the

*Havlish* Plaintiffs' Renewed Motion for an Order Creating a Common Benefit

Fund and Authorizing Certain Disbursements Therefrom (MDL Dkt. No. 4289 &

4291) ("the Motion"), is hereby dismissed with prejudice as against Motley Rice

LLC, Kreindler & Kreindler LLP; Speiser Krause, PC; and Anderson Kill PC and

their clients.

Counsel for any other party with claims against the Islamic Republic of Iran

[continued on next page]

1

impacted by the Motion may contact counsel for the *Havlish* Plaintiffs if interested in attempting to reach a private settlement of the Motion.

DEC 12 2023

DATE: _____

New York, New York

**SO ORDERED.**

*George B. Daniels*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

2