IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| This document relates to: *The Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.*, No. 16-cv-7853; *Aguilar, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09663; *Addesso, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09937; *Hodges, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-0117; *Aiken, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00450; *Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al.*, No. 17-cv-02651; *Abarca, et al., v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03887; *Arrowood Indemnity Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03908; and *Abedhajajreh, et al., v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-06123 | |

## NOTICE OF APPEARANCE

Al Rajhi Bank hereby requests that the Court enter appearances for Nicolle Kownacki as counsel to the Bank in the above-captioned cases in this consolidated multi-district litigation. Ms. Kownacki is admitted *pro hac vice* to appear as counsel in this consolidated multi-district litigation. *See* Order granting (6349) Motion for Nicolle Kownacki to Appear Pro Hac Vice, ECF No. 6353. In filing Ms. Kownacki's appearances, Al Rajhi Bank respectfully reserves all defenses and objections to these lawsuits, including without limitation objections to this Court's personal jurisdiction.

–2–

Dated: January 30, 2024
        Washington, DC

Respectfully submitted,

**WHITE & CASE**

 /s/ *Nicolle Kownacki*
Nicolle Kownacki
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone:   + 1 202 729 2448
Facsimile:    + 1 202 639 9355
nkownacki@whitecase.com

*Counsel for Al Rajhi Bank*